# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00075-CR

**Ronald Lee Delcamp, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT
## NO. 5409, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Ronald Lee Delcamp seeks to appeal from a judgment of conviction for sexual assault. Sentence was imposed on October 26, 2005. There was a timely motion for new trial. The deadline for perfecting appeal was therefore January 24, 2006. *See* Tex. R. App. P. 26.2(a)(2). Notice of appeal was filed on January 30, 2006. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. There is no indication that notice of appeal was properly mailed to the district clerk within the time prescribed by rule 26.2(a). *See* Tex. R. App. P. 9.2(b). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed: February 24, 2006

Do Not Publish